No. 90–187.  EWEN v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 90–188.  INTERNATIONAL CONSULTING SERVICES, INC. v. GILBERT.  C. A. D. C. Cir.  Certiorari denied.

No. 90–192.  UNIVERSAL HEALTH SERVICES OF NEVADA, INC. v. AEROSPATIALE HELICOPTER CORP.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 90–195.  SORO, AKA CITICORP MORTGAGE CO., INC. v. CITICORP ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–197.  UBEROI v. RICHTEL.  C. A. 10th Cir.  Certiorari denied.

No. 90–199.  TELEDYNE, INC. v. DATSKOW ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–204.  DUMFORD v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 90–207.  BALL ET AL. v. METALLURGIE HOBOKEN-OVERPELT, S. A.  C. A. 2d Cir.  Certiorari denied.

No. 90–208.  HENNEPIN TECHNICAL CENTER ET AL. v. HAWKINS.  C. A. 8th Cir.  Certiorari denied.

No. 90–210.  JIM BOUTON CORP. v. WM. WRIGLEY JR. CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–211.  STALLINGS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–212.  HAYTON v. GRAYSON.  C. A. 6th Cir.  Certiorari denied.

No. 90–214.  FAHRIG ET UX. v. DODGE, JUDGE.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–215.  STROMAN v. WEST COAST GROCERY CO.  C. A. 9th Cir.  Certiorari denied.